AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
IN CLERK'S OFFICE

─────────────── DISTRICT OF ───────────────

2005 MAY 27 P 12: 21

U.S. DISTRICT COURT

Charter Communications Entertainment I, LLC
d/b/a Charter Communications

**SUMMONS IN A CIVIL CASE**

V.

Smita Patel

CASE NUMBER:

**04-40080-NMG**

TO: (Name and address of defendant)
Smita Patel
358 Main Street
Apartment B
Sturbridge, MA 01566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina LLP
20th Floor
99 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                     5-19-04

CLERK                                                 DATE

_Sherry Jones_ (signature)

(BY) DEPUTY CLERK



## RETURN OF SERVICE

| | DATE |
|---|---|



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

05/25/2004

I hereby certify and return that on 05/24/2004 at 02:20pm I served a true and attested copy of the Summons and Complaint, Civil action Cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of SMITA PATEL at 358 MAIN ST APT B, STURBRIDGE, MA and by mailing first class mail to the above address on 05/25/2004. Fees: Service 20.00, Travel 13.44, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $50.94

Deputy Sheriff Paul R Almstrom

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                              Signature of Server

                                      _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.