UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 JUN 14 P 1: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br><br>Plaintiff,<br><br>v.<br><br>SMITA PATEL,<br><br>Defendant. | Civil Action No. 04-40080-NMG |

## JOINT STIPULATION

The parties hereby stipulate and agree that the time within which the Defendant may move, plead, answer or otherwise respond to the Complaint is extended through and including June 28, 2004.

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | SMITA PATEL, |
| By its attorneys, | By her attorneys, |
| *Christopher L. Brown* | *Mona M. Patel* |
| Christopher L. Brown (BBO #642688)<br>Murtha Cullina LLP<br>99 High Street, 20th Floor<br>Boston, Massachusetts 02110<br>(617) 457-4000 | Mona M. Patel, Esq. (BBO #641007)<br>GRIESINGER, TIGHE & MAFFEI, LLP<br>176 Federal Street<br>Boston, MA 02110<br>(617) 542-9900 |

Dated: June 10, 2004