UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN 14 P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br><br>Plaintiff,<br><br>v.<br><br>SMITA PATEL,<br><br>Defendant. | Civil Action No. 04-40080-NMG |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Mona M. Patel as attorney for Smita Patel in the above-entitled action.

_____
Mona M. Patel, Esq. (BBO # 641007)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: June 10, 2004