UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, Plaintiff, <br><br> v. <br><br> SMITA PATEL, Defendant | CIVIL ACTION NO. 04-40080 |

## STIPULATION OF DISMISSAL

Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications, and defendant, Smita Patel, stipulate and agree to dismissal of the complaint against said defendant pursuant to Fed.R.Civ.P. 41(a) with prejudice and without costs to either party.

Plaintiff:

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS
By its Attorneys,

Burton B. Cohen, BBO# 656190
Christopher L. Brown, BBO# 642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000

Defendant:

SMITA PATEL

By her Attorney,

Mona M. Patel, BBO# 641007
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

279084-1